UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KERRY KINGDON, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>TOUCHSTONE COMMUNICATIONS - II, L.L.C.,<br><br>   Defendant. | Case No. 15-cv-04862-VC<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 4 |

This is a proposed class action. The named plaintiffs have filed a complaint and a motion for class certification. They noticed the motion for class certification for a hearing on November 19, 2015. The plaintiffs did not show up for the hearing. They also do not appear to have served the defendant, which has not yet appeared in the case. Accordingly, the plaintiffs are ordered to show cause why the case should not be dismissed under Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute. The plaintiffs must file a brief, not to exceed 10 pages, responding to this order to show cause. This brief must be filed no later than Monday, November 23, 2015.

**IT IS SO ORDERED.**

Dated: November 20, 2015

_____
VINCE CHHABRIA
United States District Judge