UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KERRY KINGDON, et al., | |
|---|---|
| Plaintiffs, | Case No. 15-cv-04862-VC |
| v. | **ORDER DISCHARGING ORDER TO SHOW CAUSE** |
| TOUCHSTONE COMMUNICATIONS - II, L.L.C., | Re: Dkt. No. 8 |
| Defendant. | |

The order to show cause issued on November 20, 2015 is hereby discharged. A case management conference will be held on January 26, 2016. A joint case management statement is due no later than 7 days prior to the case management conference.

**IT IS SO ORDERED.**

Dated: December 1, 2015

VINCE CHHABRIA
United States District Judge