UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KERRY KINGDON, ET AL.,<br><br>        Plaintiff,<br><br>    v.<br><br>TOUCHSTONE COMMUNICATIONS - II, L.L.C.,<br><br>        Defendant. | Case No. 15-cv-04862-VC<br><br>**ORDER OF DISMISSAL** |

    The Court has been advised by the Notice of Settlement filed on October 11, 2016, and the Joint Request for Dismissal filed on October 25, 2016, that the parties have resolved this case. (Re: Dkt. No. 44 and 47).  Therefore, it is ORDERED that this case is DISMISSED without prejudice.  All deadlines and hearings in the case are vacated.  Any pending motions are moot.

    The parties retain the right to reopen this action within 60 days of this Order if the settlement is not consummated.  If a request to reinstate the case is not filed and served on opposing counsel within 60 days, the dismissal will be with prejudice as to the named plaintiffs.  This dismissal will not affect the rights of the proposed class members that the named plaintiffs proposed to represent.

    **IT IS SO ORDERED.**

Dated: November 3, 2016

                                                    VINCE CHHABRIA<br>
                                                    United States District Judge